UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EDWARD E. BROWN,

      v.　　　　　　　　　　　　　　　　　ORDER
　　　　　　　　　　　　　　　　　　　　　　　　10-CV-497

UNITED STATES OF AMERICA,

            Defendant.

---

      This case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(A). On July 26, 2011, defendant filed a Motion to dismiss. On September 23, 2011, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant's motion to dismiss be granted.

      The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

      ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant's motion to dismiss is granted. The Clerk of Court shall take all steps necessary to close the case.

      SO ORDERED.

                                          *s/ Richard J. Arcara*
                                          HONORABLE RICHARD J. ARCARA
                                          UNITED STATES DISTRICT JUDGE

DATED: October 11, 2011